FILED
U.S. DISTRICT COURT
SAVANNAH DIV.

2011 MAY -5  PM 3: 23

CLERK_____
SO. DIST. OF GA.

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF GEORGIA

### SAVANNAH DIVISION

DARNELL LAMAR HARRIS,    )
                              )
      Movant,            )
                              )
v.                        )    Case No.    CV410-069
                              )                     CR407-285
UNITED STATES OF AMERICA,  )
                              )
      Respondent.     )

## O R D E R

After a careful <u>de novo</u> review of the record in this case, the Court concurs with the Magistrate Judge's Report and Recommendation, to which objections have been filed. Accordingly, the Report and Recommendation of the Magistrate Judge is adopted as the opinion of the Court.

**SO ORDERED** this 5ᵗʰ day of May, 2011.

B. AVANT EDENFIELD
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA