IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

FILED
U.S. DISTRICT COURT
AUGUSTA DIV.

2017 JUL 14 A 11: 24

CLERK _____
SO. DIST. OF GA.

UNITED STATES OF AMERICA  )
                          )
V.                        )   Case No. CR407-285
                          )
DARNELL LAMAR HARRIS      )

ORDER

The above captioned case filed in the Savannah Division of this Court was previously assigned to the Honorable B. Avant Edenfield.

IT IS HEREBY ORDERED that this case is reassigned to the Honorable J. Randal Hall for further plenary disposition.

SO ORDERED, this 14th day of July, 2017.

_____
J. Randal Hall
Chief United States District Judge
Southern District of Georgia