**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF GEORGIA**
**SAVANNAH DIVISION**

UNITED STATES OF AMERICA,

v.

DARNELL LAMAR HARRIS,

Defendant.

CASE NO.: 4:07-cr-285

**O R D E R**

The Court **DENIES** Defendant's Emergency Motion to Vacate and Dismiss Federal Detainer and for Immediate Judicial Resolution due to Complete Failure to Provide any Federal Hearing. (Doc. 94.) This is the second time that Defendant has sought the relief he requests in this Motion. The Court denied his first request more than two years ago. (Doc. 93.) As the Government points out in its Response, (doc. 95), this most recent request is due to be rejected for the same reasons the Court detailed in its prior Order.

**SO ORDERED**, this 13th day of November, 2026.

CHIEF JUDGE R. STAN BAKER
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA